UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TAMMY BRICKEY, et al.,

                              Plaintiffs,

                                                         <u>ORDER</u>

                                                         06-CV-6084L

          v.

DOLGENCORP., INC., et al.,

                              Defendants.
_____

      Plaintiffs have filed two motions. By letter dated August 13, 2009, defendants seek leave to file one Memorandum of Law in response to both motions with a 60 page limitation. By letter dated August 13, 2009, plaintiffs do not oppose defendants' request but seek leave to file a single 30 page Memorandum of Law in reply to defendants' Memorandum in opposition.

      Frankly, the page extensions requested seem excessive but, in the interest of completeness, I will GRANT BOTH REQUESTS. Counsel are reminded, though, that lengthy memoranda do not necessarily equate to good ones.

      IT IS SO ORDERED.

                                           _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
         August 17, 2009.