UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TAMMY BRICKEY, et al.,

                                          Plaintiffs,

                                                                        DECISION AND ORDER

                                                                        06-CV-6084L

                       v.

DOLGENCORP., INC., et al.,

                                          Defendants.
_____

      Plaintiffs' motion (Dkt. #222) requesting that the Court reconsider its Order entered February 23, 2011, denying plaintiffs' motion to certify the action as a collective one under the Fair Labor Standards Act is denied. I see no basis in law or in fact to modify the Court's Decision (Dkt. #221).

      IT IS SO ORDERED.

                                                 _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        March 30, 2011.