UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY BRICKEY, BECKY NORMAN, ROSE ROCHOW, SANDRA COGSWELL, MELINDA SAPPINGTON, and JENNIFER ANDERSON, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLGENCORP, INC. and DOLLAR GENERAL CORPORATION,<br><br>Defendants. | Case No.: 06-CV-06084 (DGL)<br><br>**ORDER** |



On this day the Court considered the Joint Motion for Order Approving Settlement made by Becky Norman, Rose Rochow, Sandra Cogswell, and Melinda Sappington and Opt-In plaintiffs Patrick Keith, Chanda Thomas, Mary Lou Weisend, Christine Mabery, Chris Jackson, Elizabeth Cooper, Sandy Jenkins, Darshon Rivera, Grace Fricke, Jamie Miles, Christina Bare, Lora Butz, Mary Peck, Wendi Pritchett, Juanita Nelson, Angie Schwarz, Pauline Ford, Paula Pickering, Paula Betancourt, Tiffany Bacon, Debra A. Scarlett and Sadie Reynolds[1] (collectively, the "Plaintiffs") and Defendant Dolgencorp, Inc. and Dollar General Corporation ("Defendants") (Plaintiffs and Defendants collectively referred to herein as "Parties") The Court finds that the Motion is meritorious and should be GRANTED.

---

[1] Named Plaintiffs Tammy Brickey and Jennifer Anderson, as well as Opt-In Plaintiffs Dorothy McMahan, Monica Earll, John Schutt, and Laurie Sandner have been unreachable by Plaintiffs' counsel and therefore are not settling with Defendants. Plaintiffs' counsel is filing contemporaneously with this motion a voluntary dismissal of these individuals without prejudice.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Settlement is hereby GRANTED. The Court hereby APPROVES the settlement reached by the Parties in this above-referenced matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' individual causes of action in the above-styled and numbered cause against Defendant are hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

IT IS SO ORDERED.

Dated:  November 7, 2013
~~October 21, 2013~~
Rochester, New York

_____
HON. DAVID G. LARIMER
United States District Judge